Submitted on remand from the Oregon Supreme Court May 11, reversed and remanded July 5, 2001

STATE OF OREGON,
*Respondent,*

*v.*

DALE VISINAIZ,
*Appellant.*

91CR0253; A80800

27 P3d 165

Sally L. Avera, Public Defender, and Peter Gartlan, Deputy Public Defender, for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Thomas H. Denney, Assistant Attorney General, for respondent.

Before Landau, Presiding Judge, and Deits, Chief Judge, and Brewer, Judge.

PER CURIAM

Reversed and remanded. *State v. Fleetwood*, 331 Or 511, 16 P3d 503 (2000).